CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN - 4 2016

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **HERNAN NAVARRO,** | ) | **Civil Action No. 7:15-cv-00635** |
| Plaintiff, | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **HAROLD CLARKE, <u>et al.</u>,** | ) | By: **Hon. Jackson L. Kiser** |
| Defendants. | ) | **Senior United States District Judge** |

In accordance with the written Memorandum Opinion entered this day, it is hereby

### ORDERED

that the complaint is **DISMISSED** without prejudice for failing to state a claim upon which

relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from

the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion

to Plaintiff.

**ENTER:** This ____4th____ day of January, 2016.

_Jackson L. Kiser_
Senior United States District Judge