CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 15 2016

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **HERNAN NAVARRO,** | ) | Civil Action No. 7:15-cv-00635 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **HAROLD CLARKE, et al.,** | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that Defendants' motion for summary judgment is **GRANTED** as to a procedural due process claim and as to the equal protection claims against Director Clarke and Unit Manager Collins, and it is **DENIED** as to the remaining claims and defendants; Plaintiff's cross motion for summary judgment is **DENIED**; Director Clarke and Unit Manager Collins are **TERMINATED** as defendants; Plaintiff **SHALL** send his discovery requests to the remaining defendants within thirty days, and the remaining defendants **SHALL** respond in some manner within thirty days thereafter.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 15th day of September, 2016.

Senior United States District Judge